JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO, | CV 21-4491 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ALEXANDER POR YIM, et al., | |
| Defendants. | |

Pursuant to the Court's June 30, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 30, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE